by striking therefrom the provision requiring relator to state what was adjudged in the mandamus proceeding, and as so modified affirmed, without costs. No opinion. All concurred.

The People of the State of New York ex rel. Linn L. Boyce, Relator, v. The Board of Auditors of the Town of Lake Pleasant, Hamilton County, New York, as Composed of Benajah Page and Others, Respondent.—Determination of the board of auditors unanimously confirmed, with costs. No opinion.

The People of the State of New York ex rel. Sixty Wall Street, Relator, v. Otto Kelsey, as Comptroller of the State of New York, Respondent.—Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. Josiah Fulkerson, Appellant.—Judgment affirmed. No opinion. All concurred.

The People of the State of New York ex rel. New York Central and Hudson River Railroad Company v. State Board of Railroad Commissioners and Others. — Motion denied.

Wellington Shaver, Respondent, v. Lester Cunningham and Norman Cunningham, Appellants.—Judgment affirmed, with costs. No opinion. All concurred.

Arnold E. Smith, as Trustee of the Estate of Cyrus W. Erwin, a Bankrupt, Appellant, v. Cyrus W. Erwin and Emma E. Erwin, Respondents.—Judgment unanimously affirmed, with costs. No opinion.

Lawrence Skiddy, Respondent, v. Selleck Varney, Appellant.—Judgment affirmed, with costs. No opinion. All concurred.

George W. Voorhees, as Administrator, etc., of Schuyler H. Voorhees, Deceased, Appellant, v. Hudson River Telephone Company, Respondent.—Judgment and order affirmed, with costs. No opinion. All concurred, except Chester, J., dissenting.

In the Matter of the Village of Norwich, Respondent, v. Edward D. Baker, Appellant.—Judgment unanimously affirmed, with costs. No opinion.

James L. Waite, Respondent, v. The Delaware and Hudson Company, Appellant.—Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless, within twenty days after service of order, respondent stipulates to reduce the verdict to $1,500, in which case judgment as so reduced and order unanimously affirmed, without costs. No opinion.

Elizabeth H. Williams, as Administratrix, etc., of William T. Williams, Deceased, Appellant, v. The Village of Cazenovia, Respondent.—Judgment unanimously affirmed, with costs. No opinion.

---

## FIRST DEPARTMENT, JULY, 1906.

Arthur C. Booth, Respondent, v. William A. Milliken, Appellant.—Appeal from an order denying an application to vacate a warrant of attachment. Order affirmed, with ten dollars costs and disbursements. Order filed.

PER CURIAM: The order appealed from should be affirmed. We observe, however, that the undertaking here is inadequate, but that is a matter which the defendant can remedy by a proper application in the court below. Order affirmed, with ten dollars costs and disbursements. Present — O'Brien, P. J., McLaughlin, Laughlin, Clarke and Houghton, JJ.

George L. Slawson and Frederick G. Hobbs, Respondents, v. Helen F. Monahan, Appellant.

*Injunction modified.*

PER CURIAM: The temporary injunction order should be modified by adding a provision to the effect that nothing therein contained shall be construed as interfering with the right of the defendant to turn on or off, at will, the lights in rooms 1 and 8 on the second floor of the building known and numbered as 2875 Broadway, borough of Manhattan, New York, for which she holds a lease, and as thus modified affirmed, without costs. Present — O'Brien, P. J., Patterson, McLaughlin, Laughlin and Clarke, JJ.

Order modified as indicated in opinion, and as modified affirmed, without costs. Settle order on notice.